

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-84,524-01

**EX PARTE TERRY JIMENEZ, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 20100D04694-01 IN THE 409TH DISTRICT COURT
### FROM EL PASO COUNTY

YEARY, J., filed a dissenting opinion.

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: September 14, 2016
DO NOT PUBLISH